DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCOTT H. BEHNKE** and **JOANNE BEHNKE,**
Appellants,

v.

**THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC., ALTERNATIVE LOAN TRUST 2005-80CB, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-80CB,**
Appellee.

No. 4D22-3062

[June 21, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE-19-003190.

Joanne Garone, Pembroke Pines, for appellants.

Jason Vanslette and Jason D. Silver of Kelley Kronenberg, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Ribich v. Evergreen Sales & Serv., Inc.*, 784 So. 2d 1201, 1202 (Fla. 2d DCA 2001) ("A counteroffer operates as a rejection of a preceding offer."); *see also Pena v. Fox*, 198 So. 3d 61, 63 (Fla. 2d DCA 2015) ("[T]he acceptance must be a 'mirror image' of the offer in all material respects, or else it will be considered a counteroffer that rejects the original offer.").

WARNER, DAMOORGIAN and LEVINE, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***